United States District Court
Southern District of Texas
**ENTERED**
July 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANICE MCBRIDE, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-03434 |
| § | |
| Z&H FOODS, INC., § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

This Honorable Court called this case to trial on June 5, 2023. After the close of Plaintiff's case in chief, Defendant moved for judgment as a matter of law. On June 7, 2023, this Court granted Defendant's motion for judgment as a matter of law, dismissing all of Plaintiff's claims with prejudice.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** and **FINAL JUDGMENT IS RENDERED** that Plaintiff takes nothing and Plaintiff's claims are dismissed with prejudice. All relief requested in this case and not expressly granted is denied. This judgment finally disposes of all parties and claims.

SIGNED on July 21, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge